# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JUSTIN VITTO, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-109 |
| v. | * | |
| TOM GRAMIAK, ET AL., individually and in their official capacities, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow the Court's Orders and failure to prosecute. The Court also **DISMISSES as moot** Plaintiff's Motion for Emergency Injunction and Motion for Injunction. The Court **DENIES** Plaintiff *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of June, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA